MN-305
(10/00)

# 357 4

## UNITED STATES BANKRUPTCY COURT
## MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: MAI, JENNY

Chapter 7 Case No. 09-38113-DDO

Please Check One:

[ X ] Unclaimed Dividends

[ ] Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CITIFINANCIAL SERVICES INC.<br>P.O. BOX 140489<br>IRVING TX 75014-0489<br>TOTAL | 7 | $9,472.68 | $601.70 |

Date: March 28, 2011

Michael J. Iannacone, TRUSTEE

